# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 4:21−bk−08377−BMW

HOANG MINH THAI  Chapter: 11
12381 N. MOUNT BIGELOW
ORO VALLEY, AZ 85755
SSAN: xxx−xx−7943
EIN:

Debtor(s)

## NOTICE OF AND ORDER SETTING VIDEOCONFERENCE HEARING FOR CASE MANAGEMENT STATUS HEARING

Pursuant to 11 U.S.C. § 105(d), a status hearing will be held in the above−captioned case via videoconference on **1/19/22** at **10:00 AM.**

Videoconference Hearing Guidelines, which have been implemented by the Court and will be applicable to this videoconference hearing, are located on the Court's website at the following link: http://azb.uscourts.gov/sites/default/files/videoconferenceguidelines.pdf.

Interested parties are to appear via **Zoomgov.com**. The **hearing ID is 161 873 2811** and the **passcode is 067166.** Alternatively, interested parties may click on the hearing link listed below: https://www.zoomgov.com/j/1618732811?pwd=NEVRSmJScHNYbmpIM0dGcXlOVk9rdz09.

Debtor's counsel shall appear at the hearing and be prepared to address the following issues and schedule future hearings, as necessary:

1. The nature and status of Debtor's operations;
2. The factors that led to the bankruptcy filing;
3. Whether this is a small business case as defined in 11 U.S.C. § 101(51C) or a single asset real estate case as defined in 11 U.S.C. § 101(51B);
4. Whether counsel has been appointed;
5. Whether Debtor will seek to employ any other professionals;
6. Whether required reports have been filed and required U.S. Trustee's fees have been paid;
7. Whether administrative operating expenses have been paid on a current basis;
8. Whether there are any unique issues regarding secured debt, employees, unexpired leases, existing management and/or equity owners, etc.;
9. The status of all FICA, FUTA and other employee withholdings;
10. The status of any litigation involving Debtor;
11. The proposed deadline for filing proofs of claim and interests;
12. The deadline for filing a plan.

– – – NOTICE AND ORDER CONTINUES ON NEXT PAGE – – –

Failure to file monthly operating reports or to pay quarterly fees to the U.S. Trustee may constitute cause for immediate conversion to Chapter 7 or dismissal of the case. Failure to abide by the law with respect to FICA, FUTA, and any other employee withholdings may constitute cause for immediate conversion to Chapter 7.

A non−small business debtor has 120 days to file a plan during the exclusivity period and 180 days for that plan to be accepted. 11 U.S.C. §1121.

A small business debtor that has not elected to proceed under subchapter V of Chapter 11 has 180 days to file a plan during the exclusivity period but must file a plan and disclosure statement not later than 300 days after the petition date. The plan must be confirmed within 45 days of its filing unless an extension is timely granted. 11 U.S.C. §§ 1129(e) and 1121(e)(3).

Debtor's counsel shall promptly serve a copy of this order on the U.S. Trustee and all parties on the master mailing list on file with the Court.

Date: November 17, 2021                                         BY THE COURT

Address of the Bankruptcy Clerk's Office:          **Honorable Brenda Moody Whinery**
U.S. Bankruptcy Court, Arizona                     United States Bankruptcy Judge
38 S. Scott Avenue
Tucson, AZ 85701−1704
Telephone number: (520) 202−7500
www.azb.uscourts.gov