United States Bankruptcy Court
District of Arizona

In re:                                         Case No. 21-08377-BMW
HOANG MINH THAI                  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-4                         User: admin                                Page 1 of 1
Date Rcvd: Nov 17, 2021                 Form ID: o11tvcsm                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2021:**

**Recip ID               Recipient Name and Address**
db                  + HOANG MINH THAI, 12381 N. MOUNT BIGELOW, ORO VALLEY, AZ 85755-1834

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2021                          Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2021 at the address(es) listed below:**

**Name                      Email Address**

ALAN R. SOLOT
                 on behalf of Debtor HOANG MINH THAI arsolot@gmail.com

EDWARD K. BERNATAVICIUS
                 on behalf of U.S. Trustee U.S. TRUSTEE edward.k.bernatavicius@usdoj.gov

TOTAL: 2

FORM o11tvcsm
(Eff. 10/01/20)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                    Case No.: 4:21−bk−08377−BMW

HOANG MINH THAI                      Chapter: 11
12381 N. MOUNT BIGELOW
ORO VALLEY, AZ 85755
SSAN: xxx−xx−7943
EIN:

Debtor(s)

**NOTICE OF AND ORDER SETTING VIDEOCONFERENCE HEARING FOR
CASE MANAGEMENT STATUS HEARING**

Pursuant to 11 U.S.C. § 105(d), a status hearing will be held in the above−captioned case via videoconference on **1/19/22** at **10:00 AM.**

Videoconference Hearing Guidelines, which have been implemented by the Court and will be applicable to this videoconference hearing, are located on the Court's website at the following link: http://azb.uscourts.gov/sites/default/files/videoconferenceguidelines.pdf.

Interested parties are to appear via **Zoomgov.com**. The **hearing ID is 161 873 2811** and the **passcode is 067166.** Alternatively, interested parties may click on the hearing link listed below: https://www.zoomgov.com/j/1618732811?pwd=NEVRSmJScHNYbmpIM0dGcXlOVk9rdz09.

Debtor's counsel shall appear at the hearing and be prepared to address the following issues and schedule future hearings, as necessary:

1. The nature and status of Debtor's operations;
2. The factors that led to the bankruptcy filing;
3. Whether this is a small business case as defined in 11 U.S.C. § 101(51C) or a single asset real estate case as defined in 11 U.S.C. § 101(51B);
4. Whether counsel has been appointed;
5. Whether Debtor will seek to employ any other professionals;
6. Whether required reports have been filed and required U.S. Trustee's fees have been paid;
7. Whether administrative operating expenses have been paid on a current basis;
8. Whether there are any unique issues regarding secured debt, employees, unexpired leases, existing management and/or equity owners, etc.;
9. The status of all FICA, FUTA and other employee withholdings;
10. The status of any litigation involving Debtor;
11. The proposed deadline for filing proofs of claim and interests;
12. The deadline for filing a plan.

− − − NOTICE AND ORDER CONTINUES ON NEXT PAGE − − −

Failure to file monthly operating reports or to pay quarterly fees to the U.S. Trustee may constitute cause for immediate conversion to Chapter 7 or dismissal of the case. Failure to abide by the law with respect to FICA, FUTA, and any other employee withholdings may constitute cause for immediate conversion to Chapter 7.

A non−small business debtor has 120 days to file a plan during the exclusivity period and 180 days for that plan to be accepted. 11 U.S.C. §1121.

A small business debtor that has not elected to proceed under subchapter V of Chapter 11 has 180 days to file a plan during the exclusivity period but must file a plan and disclosure statement not later than 300 days after the petition date. The plan must be confirmed within 45 days of its filing unless an extension is timely granted. 11 U.S.C. §§ 1129(e) and 1121(e)(3).

Debtor's counsel shall <u>promptly</u> serve a copy of this order on the U.S. Trustee and all parties on the master mailing list on file with the Court.

Date: November 17, 2021             BY THE COURT

Address of the Bankruptcy Clerk's Office:  
U.S. Bankruptcy Court, Arizona  
38 S. Scott Avenue  
Tucson, AZ 85701−1704  
Telephone number: (520) 202−7500  
www.azb.uscourts.gov

**<u>Honorable Brenda Moody Whinery</u>**  
United States Bankruptcy Judge