# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | | | |
|---|---|---|---|
| **Debtor:** | HOANG MINH THAI | | |
| **Case Number:** | 4:21-BK-08377-BMW | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, MAY 18, 2022 10:15 AM   VIDEO CONF HRGS | | |
| **Bankruptcy Judge:** | BRENDA M. WHINERY | | |
| **Courtroom Clerk:** | REBECCA VOLZ | | |
| **Reporter / ECR:** | WESLEY STANGRET | | |

## Matter:

INITIAL HEARING RE: CONFIRMATION OF DEBTOR'S FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED DECEMBER 15, 2021 (RESCHEDULED FROM 05/17/22)

**R / M #:**   35 / 0

## Appearances:

ALAN SOLOT, REPRESENTING HOANG MINH THAI AND APPEARING BY VIDEOCONFERENCE
HOANG MINH THAI, APPEARING BY VIDEOCONFERENCE
LEONARD MCDONALD, REPRESENTING HOME POINT FINANCIAL AND APPEARING BY VIDEOCONFERENCE
ED BERNATAVICIUS, REPRESENTING THE U.S. TRUSTEE AND APPEARING BY VIDEOCONFERENCE

## Proceedings:

Mr. Solot reports that the ballot report and the debtor's declaration are on file. Both of the objections have been resolved. Two impaired classes have voted in favor of the plan. He requests that the Court confirm the plan pursuant to 11 U.S.C. § 1129(a).

The Court asks about effective date payments. Does the debtor have the funds set aside to make the effective date payments?

Mr. Solot states that the effective date payments total approximately $19,000.00. The debtor has the funds available to make the effective date payments.

The Court states that it has reviewed this plan and expressed its concerns. The unsecured class voted in favor of the plan. The plan will be confirmed, despite the Court's concerns, due to the creditors' support of confirmation and the fact that it is a full payment plan.

COURT: THE PLAN IS CONDITIONALLY CONFIRMED. CONFIRMATION IS CONDITIONED UPON THE DEBTOR SETTING ASIDE SUFFICIENT FUNDS FOR EFFECTIVE DATE PAYMENTS IN THE DEBTOR-IN-POSSESSION ACCOUNT AND TIMELY FILING ALL MONTHLY OPERATING REPORTS. THE CONFIRMATION OF THIS PLAN IS LIMITED TO THE FACTS OF THIS CASE. MR. SOLOT MAY UPLOAD A FORM OF ORDER FOR THE COURT'S CONSIDERATION.