B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Arizona (Tucson)

In re Hoang Minh Thai,  Case No. 4:21-bk-08377-BMW

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Home Point Mortgage Acceptance Corporation<br>Name of Transferee | Home Point Financial Corporation<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>Home Point Financial Corporation<br>9726 Old Bailes Road<br>Fort Mill, SC 29707 | Court Claim # (if known): 9<br>Amount of Claim: $475,980.40<br>Date Claim Filed: January 7, 2022 |
| Phone: 855-998-3056<br>Last Four Digits of Acct. #: 3798 | Phone: N/A<br>Last Four Digits of Acct. #: 5866 |

Name and Address where transferee payments should be sent (if different from above):

Home Point Financial Corporation
9726 Old Bailes Road
Fort Mill, SC 29707

Phone: 855-998-3056
Last Four Digits of Acct. #: 3798

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Leonard J. McDonald #014228  Date: July 25, 2022
    Leonard J. McDonald, Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**TIFFANY & BOSCO**
P.A.
SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192
Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
ljm@tblaw.com
22-05575

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 11 |
| Hoang Minh Thai | Case No. 4:21-bk-08377-BMW |
| Debtor | **CERTIFICATE OF SERVICE** |

I, Leonard J. McDonald, certify:

That on 25th day of July, 2022, I caused to be mailed a copy of the **Transfer of Claim Other Than For Security**, in reference to the above captioned matter, by U.S. Mail, postage prepaid, to the following interested parties:

Hoang Minh Thai
12381 N. Mount Bigelow
Oro Valley, AZ 85755
Debtor

| | |
|---|---|
| 1 | Alan R Solot |
| 2 | Law Office of Alan R. Solot |
|   | 6363 N. Swan |
| 3 | Ste 200 |
|   | Tucson, AZ  85718 |
| 4 | Attorney for Debtor |
| 5 | U.S. Trustee |
|   | Office of the U.S. Trustee |
| 6 | 230 North First Avenue |
| 7 | Suite 204 |
|   | Phoenix, AZ 85003 |
| 8 | |
|   | DATED this 25th day of July, 2022. |

Respectfully submitted,
TIFFANY & BOSCO, P.A.

By: /s/ Leonard J. McDonald #014228
    Mark S. Bosco
    Leonard J. McDonald
    Attorneys for Movant

PO Box 100081 Duluth, GA 30096

NMLS# 1687766

# WELCOME!



| MORTGAGE SERVICING TRANSFER |
|---|
| The servicing of your loan is transferring on July 1, 2022. |
| **PROPERTY ADDRESS:** 12381 N MT BIGELOW RD ORO VALLEY, AZ 85755 |
| **CURRENT LOAN NUMBER:** ▮▮▮▮▮ |
| **NEW LOAN NUMBER:** ▮▮▮▮▮ |
| www.myservicemac.com |

HELLO LTR

HOANG THAI
12381 N MOUNT BIGELOW RD
ORO VALLEY AZ  85755-1834

July 4, 2022

Dear Hoang Thai:

ServiceMac is notifying you about the upcoming transition in our service provider, on July 1, 2022. The subservicing is transferring from Home Point Financial Corporation to ServiceMac.

We are excited about this change and what it means for our customers. This letter explains what you should know about the transfer of servicing and how ServiceMac will help you manage your loan going forward. Please review carefully and retain for your records.

## WHAT IS CHANGING

<u>Your Loan Number:</u> When the servicing of your loan transfers, effective July 1, 2022, your loan number will change to ▮▮▮▮▮.

<u>Schedule of Fees</u>: Enclosed is the ServiceMac fee schedule.

<u>Your Payment</u>: Beginning July 1, 2022, you will send your mortgage payment to ServiceMac. You should receive a billing statement from us after the transfer date listed above. If you do not receive a billing statement before the next payment is due, you may use the attached coupon or pay by using another payment option described below. As of July 1, 2022, the principal balance of your loan is $468,514.29 with an escrow balance of $(718.79).

<u>Payment Options:</u>

- Automatic payments: If your monthly payments to Home Point Financial Corporation are automatically withdrawn from your bank account, we will continue this withdrawal. If you would like to enroll in recurring payments, please enroll through our online portal at www.myservicemac.com or by calling our Customer Experience Team at 1-844-478-2622, Monday through Friday 8:30 AM to 8:00 PM and Saturday 9:00 AM to 3:00 PM ET.

- Online Bill Pay: If you currently make your mortgage loan payments using an online bill pay service or online banking, please ensure the bill provider name is ServiceMac, the account number is ▮▮▮▮▮ and the address to PO Box 105178, Atlanta, GA 30348-5178 to continue to make payments.

- Additional Payment Options: Attached FAQs include same day and recurring payment options.

- Payment protections with a transfer: Under federal regulations, you receive protection from late charge assessments and negative credit bureau reporting for sixty (60) days after the servicing transfer date. You will find additional information on this topic in the "Important Legal Information" section further below.

<u>Online and mobile account access</u>:

- If you are currently enrolled in paperless statements (electronic statements), ServiceMac would like to continue to send electronic communications. You will need to enroll in ServiceMac's online customer portal.
- Manage your account online through our customer portal at www.myservicemac.com. Select "Register". You will be prompted to enter information and will be guided through the remaining steps.
- To download our mobile app, go to the apple or google play store and search MyServiceMac. Enroll to view up to date information and manage account information.
- Setting up account alerts can help you stay on top of important events.

| Dates to Remember: | | |
|---|---|---|
| **June 30, 2022** | **July 1, 2022** | **July 8, 2022** |
| This is the last day that your current subservicer will accept your mortgage payments. | ServiceMac begins accepting your mortgage payments. Your loan number will change. | You can access your loan and make payments at www.myservicemac.com. Also, you can sign up for paperless billing and manage other loan information. |

**Optional Products:** If you have mortgage, life, or disability insurance or any other type of optional insurance, premiums will not be transferred to the new subservicer, and the insurance will be discontinued. Please contact the provider of the optional insurance or membership product(s) directly regarding your continuation privileges, if applicable.

**Lender Placed Insurance Policies:** If your current subservicer has placed insurance on your mortgage loan (due to missing or insufficient coverage), this policy will be canceled at servicing transfer and ServiceMac will contact you in writing regarding placing new coverage on your loan.

**Insurance Mortgagee Clause:** Your current subservicer will notify your homeowners, hazard and flood insurance company of your new loan number and to change your **mortgagee clause** to the following address:

ServiceMac
ISAOA ATIMA
P.O. Box 29411
Phoenix, AZ  85038-9411

**Mortgage Assistance:** If you are in the process of receiving mortgage assistance from Home Point Financial Corporation, are in the process of completing an application for assistance and need documents or if you have any questions about the status with Home Point Financial Corporation please reach out via one of the below methods:

Phone: 1-844-478-2622

Regular Mail: ServiceMac
PO Box 100077 Duluth, GA 30096

Overnight Mail: ServiceMac
9726 Old Bailes Road Suite 200
Fort Mill, SC 29707

**Escrow Account Management:** If you have an escrow account for payment of taxes, insurance and/or mortgage insurance, ServiceMac will complete an escrow analysis each year and communicate any changes impacting your payment. You can find additional information about your escrow account through **www.myservicemac.com.**

**Year-End Statements:** Next year you may receive two, year-end statements. You will need to add the amounts on both statements to get the total amount of taxes and interest you paid for the year for tax reporting purposes.

Except for the above changes related to the servicing of your loan, the transfer of servicing does not affect any term or condition of your loan.

We are here to assist you and help you through this transition.

Sincerely,

ServiceMac Customer Experience Team
NMLS# 1687766

## Payment Options and Contacts

| Payment Addresses and Contact Information | | |
|---|---|---|
| | On or before June 30, 2022 | On or after July 1, 2022 |
| Send Payments to: | Please see the last mortgage statement that you received from your current subservicer, for payment information. | ServiceMac<br>PO Box 105178<br>Atlanta, GA 30348-5178 |
| Contact for questions, including questions about this transfer: | Home Point Financial Corporation Customer Service<br>1-800-686-2404 | **ServiceMac Customer Service**<br>**1-844-478-2622**<br>Monday through Friday 8:30 AM to 8:00 PM and Saturday 9:00 AM to 3:00 PM ET |
| Send written correspondence to: | Home Point Financial Corporation<br>11511 Luna Road, Suite 200<br>Farmers Branch, TX 75234 | **ServiceMac**<br>**PO Box 100077**<br>**Duluth, GA 30096** |

| How to Make Your First Payment to ServiceMac | |
|---|---|
| To pay by: | Instructions for convenient ways to pay: |
| www.myservicemac.com | You will be able to access your online account July 8, 2022. You can make a payment online from any checking or savings account anytime at **www.myservicemac.com**. |
| Online bill payment through your bank or bill-payment service or military allotment | Update your payment information with your provider before making your next payment:<br>New Loan Number: ▬▬▬▬▬<br>Full Company Name: ServiceMac<br>Payment mailing address: PO Box 105178 Atlanta, GA 30348-5178.<br>Please be sure to cancel any online payments currently scheduled to be made on or after June 30, 2022. |
| Automatic Mortgage Payments | At **www.myservicemac.com** you can enroll to have your monthly payment automatically withdrawn from your checking or savings account. |
| Mail | With the attached payment coupon, you can send in a check for your mortgage payment. The mailing address is listed above for your reference. If you have already mailed your next payment to your current subservicer and it is received on or after July 1, 2022, they will forward it to us. During the 60 days after July 1, 2022 you will not be charged a late fee for payments made to your current subservicer and forwarded to us. |
| Phone | Call our automated payment service at **1-844-478-2622**. |

\*\*Please disregard this coupon if you are set up for recurring payments, paperless bill, or have already made your payment\*\*

## TEMPORARY PAYMENT COUPON

--------

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

**ServiceMac** — A First American Company

Hoang Thai
12381 N MOUNT BIGELOW RD
ORO VALLEY AZ 85755 1834

Please make check payable to the following:

**ServiceMac**
**PO Box 105178**
**Atlanta, GA 30348-5178**

| Due By 7/1/2022: | $ | 3,405.60 |
|---|---|---|

Please designate how you want us to apply any additional funds.

| Additional Principal | $ | |
|---|---|---|
| Additional Escrow | $ | |
| Other Fees | $ | |
| Total Amount Enclosed: | $ | |

# Important Legal Information

**Servicemembers Civil Relief Act**
The Servicemembers Civil Relief Act may offer protection or relief to military members who have been called to active duty. If either you have been called to active duty or you are the spouse, registered domestic partner, partner in a civil union, or financial dependent of a person who has been called to active duty, and you have not yet made us aware of your status, please contact Customer Service at 1-844-478-2622.

**Notices of Errors and Requests for Information**
You have certain rights under federal law related to resolving errors in the servicing of your loan or requesting information about your loan account. If you want to send a Notice of Error or a Request for Information as defined by federal law, it must be sent to our exclusive address
ServiceMac
PO Box 100077
Duluth, GA 30096.

**HUD Counseling Information about Mortgage Counseling or Assistance**
For a list of HUD-approved housing counseling agencies that can provide free foreclosure prevention and debt management information, as well as translation or other language assistance, contact one of the following federal government agencies. The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

**Fair Debt Collection and Bankruptcy**
We may be considered to be a debt collector under certain state and federal laws. Accordingly, for the purposes of such laws, this communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose. However, to the extent your original obligation has been discharged or is subject to an automatic stay under the United States Bankruptcy Code, this notice is for compliance and/or informational purposes only and does not constitute a demand for payment or an attempt to impose personal liability for such obligation.

**Successors in Interest**
A Successor in Interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact us by phone at 1-844-478-2622, mail at ServiceMac PO Box 100077 Duluth, GA 30096 or email at support@servicemacusa.com to start the confirmation process.

**State Disclosures**
Certain state disclosures are applicable based on the state in which the secured property is located.

**Arkansas**
ServiceMac, LLC is licensed in Arkansas and holds a combination mortgage banker-broker-servicer license (license #114665). A complaint concerning ServiceMac may be submitted to the Commissioner of the Arkansas Department of Securities.

**Americans with Disabilities**
Our company supports customers which require assistance due to hearing, speech or visual impairments. Specially trained relay agents will conduct the calls through TTY or verbally to hearing parties. If you are having difficulty reading this document, you may request that our Customer Care Specialists assist you by reading the letter content aloud to you in its entirety. Please contact a Customer Care Specialist on the phone number included on the front of this statement.

# Frequently Asked Questions (FAQs)

| Question | Answer | Action Required |
|---|---|---|
| What is happening? | The service provider of your loan is changing to ServiceMac, LLC. | Update your records according to the instructions provided above. |
| What is my new mortgagee clause for insurance? | The new mortgagee clause is:<br>ServiceMac<br>ISAOA ATIMA<br>P.O. Box 29411<br>Phoenix, AZ 85038-9411 | Nothing. Your current subservicer will notify your insurance company (if applicable) of this change. |
| Will my escrow account funds be transferred to ServiceMac? | Yes. | Nothing. Your escrow account is automatically transferred. We will continue to pay your taxes, homeowner's insurance, and if applicable, mortgage insurance from your escrow account. |
| If I have questions regarding my mortgage, who can I talk to? | For any questions *before July 1, 2022*, contact your current subservicer at 1-800-686-2404. After July 1, 2022, you can contact ServiceMac at 1-844-478-2622. | For any questions about your loan prior to July 1, 2022, please continue to contact your current subservicer. |
| Will my loan number remain the same? | No. Your new loan number is ▇▇▇▇ | When calling or sending payments to ServiceMac, please reference the new servicing loan number. |
| When can I access my account with ServiceMac? | July 8, 2022 is your loan activation date. We will have limited information regarding your loan until that date. | Please visit www.myservicemac.com to set up your online account. |
| If I normally pay my mortgage by check or money order, what will I need to do? | Starting July 1, 2022, you can send your payments to:<br>ServiceMac<br>PO Box 105178<br>Atlanta, GA 30348-5178 | Please include your new loan number on your check or money order. |
| If I pay my mortgage payment by my bank's bill-paying service, what will I need to do? | You will need to contact your bank's bill-paying service to update the information. | You will need to update your loan information with your new loan number, name, and payment mailing information. |
| Currently, my payment is automatically withdrawn (ACH), what do I need to do? | ServiceMac is carrying over your automatic withdrawal from your current subservicer. | Nothing. We have received your automatic withdrawal information from your current subservicer. |
| I already mailed my payment to my current subservicer, how will the payment get to ServiceMac? | We will ensure that your payments are forwarded and credited to your ServiceMac account. | Nothing. ServiceMac will ensure your payment is credited to your account. If your payment is due to ServiceMac, your current subservicer will forward the payment. |
| Am I able to make my payment now? | If your payment is due prior to July 1, 2022, please send to your current subservicer. Beginning July 1, 2022, we can accept your payment. | Make payments to ServiceMac on or after July 1, 2022. |
| I would like to access my account online, what is your website information? | www.myservicemac.com<br><br>You will be able to sign up for notifications, access your account, make payments, view and print statements and so much more. | Please visit www.myservicemac.com |
| Is paperless billing available? | Yes. You can opt for paperless statements at www.myservicemac.com or using our mobile app. You will receive a monthly email reminding you when your statement is available online. | Go to www.myservicemac.com to set up your preferences to ensure that you are receiving paperless billing. |